Filed          17-CI-00028    01/26/2017          Eliza York, Rockcastle Circuit Clerk

COMMONWEALTH OF KENTUCKY
ROCKCASTLE CIRCUIT COURT
DIVISION 1
CIVIL ACTION NO.: 17-CI- 00028

FILED
JAN 2 6 2017
ELIZA YORK, CLERK
BY_____ D.C.

DUSTY W. POWERS                                                    PLAINTIFF

VS                           **COMPLAINT**

FEDEX GROUND PACKAGE SYSTEM INC.
d/b/a FEDEX GROUND                                                 DEFENDANTS
    Serve:    CT Corporation System
              306 W. Main Street, Suite 512
              Frankfort, KY 40601

FEDEX CORPORATION

    Serve:    Kentucky Secretary of State
              Summons Branch
              700 Capital Avenue., Ste. 86
              Frankfort, KY 40601

              Address for Service pursuant to KRS 454.210 and 188.020:

              Legal Department
              3620 Hacks Cross Road, Bldg. B
              Memphis, TN 38125

AND

SCHOONOVER TRANSIT, INC.                                           DEFENDANTS

    Serve:    Kentucky Secretary of State
              Summons Branch
              700 Capital Avenue, Ste. 86
              Frankfort, KY 40601

              Address for Service pursuant to KRS 454.210 and 188.020:

              Michelle M. Schoonover
              2768 Lori's Way
              Grove City, OH 43123

******


EXHIBIT A

Filed          17-CI-00028    01/26/2017          Eliza York, Rockcastle Circuit Clerk

Package:000003 of 000013    Presiding Judge: HON. DAVID TAPP (628240)    Package : 000003 of 000013

Filed    17-CI-00028    01/26/2017    Eliza York, Rockcastle Circuit Clerk

Comes the Plaintiff, Dusty W. Powers, by and through counsel, for his claims and causes of action against Defendants, FedEx Ground Package System Inc., d/b/a FedEx Ground (hereinafter referred to as "FedEx Ground"), Fed Ex Corporation and Schoonover Transit, Inc., states as follows:

1. Plaintiff, Dusty W. Powers, is and was at all times relevant hereto a resident of 12496 Highway 190, Pineville, Bell County, KY 40977.

2. The Defendant, FedEx Ground Package System Inc. d/b/a FedEx Ground ["FedEx Ground"], is a corporation duly organized and existing under the laws of the State of Delaware, and doing business in the Commonwealth of Kentucky. Its principal office address is 1000 FedEx Drive, Coraopolis, PA 15108 (or in the alternative Moon Township, PA 15108) and its agent for service of process is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. Defendant, FedEx Corporation ["FedEx Corporation"] is a corporation duly organized and existing under the laws of the State of Delaware, and doing business in the Commonwealth of Kentucky. Its principal office address is 942 South Shady Grove Road, Memphis, TN 38120, and its agent for service of process is Legal Department, 3620 Hacks Cross Road, Bldg. B, Memphis TN 38125 and summons should be issued and served upon the Kentucky Secretary of State.

4. Defendant, Schoonover Transit, Inc. ["Schoonover Transit"], is a corporation duly organized and existing under the laws of the State of Ohio, and doing business in the Commonwealth of Kentucky. Its principal office address is 2768 Lori's Way, Grove City, OH 43123 and summons should be issued and served upon the Kentucky Secretary of State.

Filed    17-CI-00028    01/26/2017    Eliza York, Rockcastle Circuit Clerk

5. All acts complained of herein occurred in Rockcastle County, Kentucky and all damages are in excess of the jurisdictional limits of this Court and the U.S. District Court.

6. That on or about the 19th day of May, 2015, Plaintiff, Dusty Wayne Powers, was exercising all due care while operating his vehicle on Interstate 75 South at or near milepost 70.998, in Rockcastle County, Kentucky.

7. That on the date and at the place set out above, Defendant FedEx Corporation, Defendant FedEX Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was driving a Columbia 120 Freightliner owned by Defendant FedEx Corporation, Defendant FedExGround, or Defendant Schoonover Transit.

8. That on the date and at the place set out above, Defendant, FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was driving the Columbia 120 Freightliner with permissive use from Defendant FedEx Corporation, Defendant FedEx Ground or Defendant Schoonover Transit.

9. Based upon information and belief, on the date and at the time of the incident complained of herein, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby H. Caudill, was an employee, agent, servant and/or representative of, a partner and/or joint venturer with, and/or was otherwise acting in a respondeat superior relationship with, Defendant FedEx Corporation.

10. Based upon information and belief, on the date and at the time of the incident complained of herein, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant

- 3 -

Schoonover Transit's decedent, Toby Caudill, was an employee, agent, servant and/or representative of, a partner and/or joint venturer with and/or was otherwise acting in a respondeat superior relationship with Defendant FedEx Ground.

11. Based upon information and belief, on the date and at the time of the incident complained of herein, Defendant Fed Ex Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was an employee, agent, servant and/or representative of, a partner and/or joint venturer with, and/or was otherwise acting in a respondeat superior relationship with, Defendant Schoonover Transit.

12. Based upon information and belief, on the date and at the time of the incident complained of herein, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was acting within the course and scope of his employment, agency, service, partnership, joint venture, and/or as a representative of, and/or a respondeat superior relationship with, Defendant Fed Ex Corporation.

13. Based upon information and belief, on the date and at the time of the incident complained of herein, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was acting within the course and scope of his employment, agency, service, partnership, joint venture, and/or as a representative of, and/or a respondeat superior relationship with, Defendant, FedEx Ground.

14. Based upon information and belief, on the date and at the time of the incident complained of herein, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was acting within the course and scope of his

Package:000006 of 000013
Presiding Judge: HON. DAVID TAPP (628240)
Package : 000006 of 000013

employment, agency, service, partnership, joint venture, and/or a respondeat superior relationship with, Defendant Schoonover Transit.

15. That on the date and at the place set out above, Defendant FedEx Ground or Defendant Schoonover Transit, Inc.'s decedent, Toby Caudill, was driving the Columbia 120 Freightliner in such a negligent and/or grossly negligent manner so as to cause a collision with a tractor-trailer driven by Dusty Powers, which then created a chain reaction.

16. That on the date and at the place set out above, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit, Inc.'s decedent, Toby Caudill, was driving the Columbia 120 Freightliner in violation of KRS 189.290 ("(1) The operator of any vehicle upon a highway shall operate the vehicle in a careful manner, with regard for the safety and convenience of pedestrians and other vehicles upon the highway") and KRS 189.390 ("(2) An operator of a vehicle upon a highway shall not drive at a greater speed than is reasonable and prudent, having regard for the traffic and for the condition and use of the highway"), constituting negligence per se in causing a collision with a tractor-trailer driver by Dusty Powers, which then created a chain reaction.

17. That on the date and at the place set out above, Defendants negligently and/or grossly negligently failed to properly maintain, inspect, service and otherwise keep the Columbia 120 Freightliner in good and proper working condition and order, and failed to properly utilize, maintain, inspect, service and otherwise keep in good and proper working condition, so as to cause the collisions and the Columbia 120 Freightliner to burst into flames.

18. That on the date and at the place set out above, the said Freightliner had been negligently entrusted to Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant

- 5 -

Schoonover Transit's decedent, Toby Caudill, by or on behalf of Defendants FedEx Corporation, FedEx Ground and/or Schooner Transit.

19. That on the date and at the place set out above, Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, was operating the Columbia 120 Freightliner without proper training, education, and supervision by or on behalf of Defendants FedEx Corporation, FedEx Ground, and/or Schooner Transit.

20. Based upon the employee-employer, agency, master-servant, representative, partnership, joint venture, negligent entrustment, and/or other respondeat superior relationship which existed between Defendant FedEx Corporation, Defendant FedEx Ground, and Defendant Schooner Transit's decedent, Toby Caudill, and Defendants FedEx Corporation, FedEx Ground, and Schooner Transit, and/or failure to provide proper training, education and supervision to Defendant FedEx Corporation, Defendant FedEx Ground, and Defendant Schooner Transit's decedent, Toby Caudill, by or on behalf of Defendants FedEx Corporation, FedEx Ground and/or Schooner Transit at the time of the incident complaint of herein, Defendants FedEx Corporation, FedEx Ground, and/or Schooner Transit are jointly and severally liable for the negligence, negligence per se, and/or gross negligence of the other Defendants.

21.   The negligence, negligence per se, and/or gross negligence of Defendants includes, but is not limited to, the following:

    a.   Failing to maintain a properly equipped vehicle; and

Filed         17-CI-00028   01/26/2017         Eliza York, Rockcastle Circuit Clerk

    b.    Failure to provide adequate supervision, monitoring, and training of its driver.

22.    The negligence, negligence per se, and/or gross negligence of Defendant FedEx Corporation, Defendant FedEx Ground, or Defendant Schoonover Transit's decedent, Toby Caudill, in causing the truck collision includes, but is not limited to, the following:

    a.    Operating a tractor-trailer combination at a speed greater than was reasonable and prudent under the conditions and having regard to the actual and potential hazards then existing in violation of statute;

    b.    Failing to operate his tractor-trailer combination at a safe and appropriate speed when special hazards existed with respect to other traffic and by reason of highway conditions, in violation of statute;

    c.    Operating a tractor-trailer combination without keeping a proper lookout for other persons and vehicles on the highway;

    d.    Failing to slow down sufficiently when it was apparent that both lanes of the interstate were occupied by slower-moving vehicles;

    e.    Operating a tractor-trailer combination recklessly in violation of statue; and

    f.    Failing to maintain control of his tractor-trailer combination.

23.    The negligence, negligence per se, and/or gross negligence of Defendants FedEx Corporation, Defendant FedEx Ground, and Defendant Schoonover Transit, through agent driver Toby Caudill, includes but is not limited to, the following:

Package:000009 of 000013
Presiding Judge: HON. DAVID TAPP (628240)
Package : 000009 of 000013

Filed         17-CI-00028   01/26/2017         Eliza York, Rockcastle Circuit Clerk

Filed        17-CI-00028    01/26/2017        Eliza York, Rockcastle Circuit Clerk

a. Allowing the operation of a tractor-trailer combination on a highway in hazardous traffic conditions without a sufficiently trained and/or monitored driver;

b. Allowing the operation of a tractor-trailer combination on the highway without tires and/or other equipment sufficient to enable the driver to maintain control of the truck;

c. Having a driver, who while in the course and scope of employment, drove its tractor-trailer combination on a n interstate highway in such a manner that control could not be maintained and thereby the hazardous situation for everyone else on the highway was greatly enhanced;

d. Having a driver, who while in the course and scope of employment recklessly driving on the highway without having sufficient ability to maintain control of its large truck; and

e. Failing to maintain a safely equipped vehicle.

24. Pursuant to the doctrine of respondeat superior, the negligence, negligence per se, and/or gross negligence of Toby Caudill, while acting within the scope of his employment as an agent, servant or employee of Defendants, constitutes the negligence of Defendants FedEx Corporation, FedEx Ground, and Schoonover Transit.

25. By allowing Toby Caudill to operate under their authority, Defendants FedEx Corporation, FedEx Ground, and Schoonover Transit are vicariously liable for the negligent, reckless, and illegal actions of Toby Caudill in operating the tractor-trailer combination on Interstate 75 on May 19, 2015 in Rockcastle County, Kentucky.

- 8 -

Filed        17-CI-00028    01/26/2017        Eliza York, Rockcastle Circuit Clerk

26. Pursuant to the doctrine of respondeat superior, the negligence, negligence per se, and/or gross negligence of Toby Caudill, while acting within the scope of employment as an agent, servant, or employee of Defendants FedEx Corporation, FedEx Ground and/or Schooner Transit and at the direction and for the benefit of Defendants FedEx Corporation, FedEx Ground and/or Schooner Transit constitutes the negligence of FedEx Corporation, FedEx Ground and/or Schooner Transit.

27. By allowing their agent, servant, or employee driver Toby Caudill to operate under their authority and for their benefit, Defendants FedEx Corporation, FedEx Ground and/or Schooner Transit are vicariously liable for the negligence, negligence per se, and/or gross negligence of Toby Caudill in operating the tractor-trailer combination on Interstate 75 on May 19, 2015 in Rockastle County, Kentucky.

28. That as a direct and proximate result of the negligence, negligence per se, and/or gross negligence of Defendants, Plaintiff, Dusty W. Powers, was caused to suffer serious bodily injuries, and because of the bodily injuries sustained by Plaintiff, Dusty W. Powers was caused to incur personal injuries, physical and mental pain, suffering, anguish, medical expenses, lost wages, destruction of his power to earn money, and other miscellaneous expenses and damages, all damages in an amount in excess of the jurisdictional limits of this Court and the United States District Court.

29. That Plaintiff's damages are in excess of the jurisdictional limit of this Court and the United States District Court; however no diversity of citizenship exists between the parties pursuant to 28 U.S.C. 1332.

**WHEREFORE**, The Plaintiff respectfully demands the following:

1. Judgment against Defendants FedEx Corporation, FedEx Ground and/or Schooner Transit jointly and severally, in favor of Plaintiff, Dusty W. Powers, in an amount in excess of the jurisdictional limit of this Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damages:

    a. Medical Expenses;

    b. Physical and mental pain, suffering and emotional distress;

    c. Personal care and miscellaneous expenses incurred;

    d. Lost wages and destruction of Plaintiff's power to labor and earn money;

    e. Miscellaneous expenses incurred by Plaintiff, including but not limited to travel expenses necessitated by the negligent acts of Defendants.

2. Pre-judgment and post-judgment interest.

3. Plaintiff's costs expended herein, including reasonable attorney fees.

4. **TRIAL BY JURY.**

5. And any and all other relief to which Plaintiff may be entitled.

>                             Charles D. Johnson
>                             Angela Pergrem Owens
>                             **GARY C. JOHNSON, P.S.C.**
>                             570 East Main Street
>                             P.O. Box 1717
>                             Lexington, KY 40588-1717
>                             (859) 268-4300 - Telephone
>                             (859) 268-7318 - Facsimile
>                             cjohnson@garycjohnson.com
>
>                             By: /s/Charles D. Johnson
>                                 Attorney for Plaintiff

- 10 -

Filed        17-CI-00028     01/26/2017           Eliza York, Rockcastle Circuit Clerk

Package:000013 of 000013

Presiding Judge: HON. DAVID TAPP (628240)

Package : 000013 of 000013

- 11 -

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-00028**<br>Court:   **CIRCUIT**<br>County: **ROCKCASTLE** |

*Plantiff,* **POWERS, DUSTY W VS. FEDEX GROUND PACKAGE SYSTEM, INC , ET AL,** *Defendant*

TO:  **CT CORPORATION SYSTEM**
       **306 WEST MAIN STREET; SUITE 512**
       **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**FEDEX GROUND PACKAGE SYSTEM, INC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Eliza York, Rockcastle Circuit Clerk
Date: **01/26/2017**

Presiding Judge: HON. DAVID TAPP (628240)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other Initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

Served By _____

Title _____

Summons ID: 4111712908508@00000035267,
CIRCUIT: 17-CI-00028 Certified Mail
POWERS, DUSTY W VS. FEDEX GROUND PACKAGE SYSTEM, INC , ET AL



Page 1 of 1



 **CT Corporation**

**Service of Process Transmittal**
02/01/2017
CT Log Number 530618791

TO: Matthew Endlish
FedEx Ground Package System, Inc.
1000 Fed Ex Dr
CORAOPOLIS, PA 15108

RE: **Process Served in Kentucky**

FOR: FedEx Ground Package System, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | DUSTY W. POWERS, Pltf. vs. FedEx Ground Package System Inc., et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | Rockcastle County Circuit Court, KY<br>Case # 17CI00028 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision - 05/19/2015 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Frankfort, KY |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 02/01/2017 postmarked on 01/27/2017 |
| JURISDICTION SERVED: | Kentucky |
| APPEARANCE OR ANSWER DUE: | Within 20 days following the day of delivery |
| ATTORNEY(S) / SENDER(S): | Charles D. Johnson<br>GARY C. JOHNSON, P.S.C.<br>570 East Main Street<br>P.O. Box 1717<br>Lexington, KY 40588-1717<br>859-268-4300 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 02/02/2017, Expected Purge Date: 02/07/2017<br><br>Image SOP<br><br>Email Notification, Matthew Endlish  matthew.endlish@fedex.com<br><br>Email Notification, Susan Kernen  isopcomplaints@fedex.com |
| SIGNED:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>717-234-6004 |

Page 1 of 1 / BR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



Eliza York, Rockcastle Circuit Clerk
205 E. Main Street, Room 102
Mount Vernon, KY 40456-2211

CT CORPORATION SYSTEM
306 WEST MAIN STREET; SUITE 512
FRANKFORT, KY 40601

CERTIFIED MAIL

7015 3010 0002 0750 8339

UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 007.50⁰
0001985720   JAN 27 2017
MAILED FROM ZIP CODE 40456

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-00028**<br>Court:  **CIRCUIT**<br>County: **ROCKCASTLE** |

*Plantiff,* **POWERS, DUSTY W VS. FEDEX GROUND PACKAGE SYSTEM, INC , ET AL**, *Defendant*

TO:  FEDEX CORPORATION
 LEGAL DEPARTMENT
 3620 HACKS CROSS ROAD, BLDG. B
 MEMPHIS, TN 38125

RECEIVED
FEB 0 1 2017
SECRETARY OF STATE
COMMONWEALTH OF K

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Eliza York, Rockcastle Circuit Clerk
Date: **01/26/2017**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 4111712908509@00000035268,
CIRCUIT: 17-CI-00028 Long Arm Statute – Secretary of State
POWERS, DUSTY W VS. FEDEX GROUND PACKAGE SYSTEM, INC , ET AL



Page 1 of 1


eFiled



Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

February 1, 2017

FEDEX CORPORATION
LEGAL DEPARTMENT
3620 HACKS CROSS ROAD, BLDG. B
MEMPHIS, TN 38125

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 17-CI-00028

COURT:  Circuit Court Clerk
        Rockcastle County
        205 E Main
        Mt Vernon, KY 40456
        Phone: (606) 256-2581

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

  (1) **Your attorney, or**
  (2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
  (3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

neopost
02/02/2017
USPOSTAGE $004.7
ZIP 406
041M1225

GROUND

MSC: 38194710З
LEGAL, LEGAL

7192 2677 0010 0233 5557
RETURN RECEIPT (ELECTRONIC)

RETURN RECEIPT REQUESTED

FEDEX CORPORATION
LEGAL DEPARTMENT
3620 HACKS CROSS ROAD, BLDG. B
MEMPHIS, TN 38125

TRK#: 719226770010002335557
RCVD: 2/6/2017    1200
TO: LEGAL, LEGAL
PH:
BDG: B3620
PCS: 1

9999001292678

F STATE
40602-0718
O VOTE

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **17-CI-00028**<br>Court: **CIRCUIT**<br>County: **ROCKCASTLE** |

*Plantiff,* **POWERS, DUSTY W VS. FEDEX GROUND PACKAGE SYSTEM, INC , ET AL,** *Defendant*

TO: **MICHELLE M SCHOONOVER**
   **2768 LORI'S WAY**
   **GROVE CITY, OH 43123**

**RECEIVED**
**FEB 0 1 2017**
**SECRETARY OF STATE**
**COMMONWEALTH OF** (illegible)

The Commonwealth of Kentucky to Defendant:
**SCHOONOVER TRANSIT, INC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Eliza York, Rockcastle Circuit Clerk
Date: 01/26/2017

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
   To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 4111712908512@0000035271,
CIRCUIT: 17-CI-00028 Long Arm Statute – Secretary of State
POWERS, DUSTY W VS. FEDEX GROUND PACKAGE SYSTEM, INC , ET AL



Page 1 of 1

**eFiled**

ATTN: TOM



Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

February 2, 2017

SCHOONOVER TRANSIT, INC
MICHELLE M SCHOONOVER
2768 LORI'S WAY
GROVE CITY, OH 43123

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 17-CI-00028

COURT: Circuit Court Clerk
Rockcastle County
205 E Main
Mt Vernon, KY 40456
Phone: (606) 256-2581

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) **Your attorney, or**
(2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
(3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

Kentucky Secretary of State's Office       Summons Division       2/2/2017